### S. L. MEDLEY v. ETHEL M. MEDLEY

30 So. (2nd) 106                                  January Term, 1947
March 18, 1947                                    Special Division B

Affirmed.

### JANE GRAY WHITE v. WILBUR L. WHITE

30 So. (2nd) 106                                  January Term, 1947
March 28, 1947                                    Special Division A

Affirmed.

### SALLIE HARDIN CURTIS v. EDWARD CHARLES CURTIS

30 So. (2nd) 106                                  January Term, 1947
March 28, 1947                                    Special Division A

Affirmed.

### STATE OF FLORIDA, ex rel. WILLIAM H. McKEIGHAN v. JIMMY SULLIVAN, as Sheriff of Dade County, Florida.

30 So. (2nd) 106                                  January Term, 1947
April 1, 1947                                     Special Division A
Rehearing denied April 21, 1947

Affirmed.

### IRVING FRANKEL, ANNE C. FRANKEL, SAMUEL FRANKEL and ROSE FRANKEL, a co-partnership trading and doing business as NORMANDIE HOTEL, 349 Ocean Drive, Miami Beach, Florida, v. VIOLET B. SPAINHOUR, a widow.

30 So. (2nd) 548                                  January Term, 1947
Rehearing denied April 30, 1947

Affirmed.

### TRUEMAN FERTILIZER COMPANY v. FRITZ STEIN, et al.

30 So. (2nd) 548                                  January Term, 1947
April 4, 1947                                     Division B

Affirmed.

### EDGAR A. LANGFORD, JR., v. CHARLOTTE F. LANGFORD

30 So. (2nd) 106                                  January Term, 1947..
April 8, 1947                                     Special Division A

Affirmed.